IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02377-WYD-MJW

METROPOLITAN HOMES, INC.,

Plaintiff(s),

v.

METROPOLITAN HOMES REAL ESTATE, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate and Reset Scheduling Conference, filed with the Court on November 10, 2009, Docket Number 6, is GRANTED.  The scheduling conference set on December 10, 2009, at 1:30 p.m., is VACATED and **RESET** on February 25, 2010, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   November 13, 2009